1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

12   **ALBERTO WINFFEL,**                    Case No. 2:10-cv-1709 MCE GGH P

13                         Plaintiff,        **ORDER**

14          **v.**

15   **A. POMAZAL, et al.,**

16                         Defendants.

17

18          **GOOD CAUSE APPEARING**, Defendant's request to modify the scheduling order, and to

19   extend the pre-trial motion deadline until August 22, 2011, is **GRANTED**.

20

21          DATED: July 27, 2011              /s/ Gregory G. Hollows

22                                            _____
                                              UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                       1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28